JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMETHYST WORLDWIDE LIMITED, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTTISH MUTUAL INTERNATIONAL, PLC, et al., <br><br> Defendants. | Case No. CV 11-1535 FMO (Ex) <br><br> **JUDGMENT** |

Pursuant to the Stipulation of Voluntary Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(a)(ii), IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice as to defendant Anglo Irish Bank Corporation, PLC.  Since defendant Anglo Irish Bank Corporation, PLC, is the only remaining defendant in this action, the Clerk shall close the case. Dated this 29th day of October, 2013.

/s/
Fernando M. Olguin
United States District Judge